```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE QUEZADA,                                               :
                                                            :
                            Plaintiff,                      :
                                                            :
            -against-                                       :
                                                            :
SCHLEICH USA INC.,                                          :
                                                            :
                            Defendant.                      :
                                                            :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2021

21-CV-4981 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on June 4, 2021, (Doc. 1), and filed an affidavit of service on June 24, 2021, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was July 1, 2021. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 21, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   July 7, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge